**Johnie B. ERWIN, Plaintiff-Appellant,**

v.

**Frank L. PERRY; W. David Guice; Larry Dunston; Betty Brown, Defendants-Appellees.**

No. 17-6774

United States Court of Appeals, Fourth Circuit.

Submitted: November 30, 2017

Decided: February 6, 2018

Johnie B. Erwin, Appellant Pro Se. Kimberly D. Grande, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnie B. Erwin appeals the district court's order denying relief on his complaint asserting claims under 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc-5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Erwin v. Perry*, No. 5:14-ct-03136-H (E.D.N.C. June 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*